

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00059-CV

**WILMER L. "BILL" WARD,**

                                                                    **Appellant**

 **v.**

**TRAVIS HERRING, SHELLE HERRING HONEYCUTT,
AND CLAUDIA HERRING BABB,**

                                                                    **Appellees**

---

**From the 87th District Court
Limestone County, Texas
Trial Court No. 27,479-A**

---

## MEMORANDUM  OPINION

---

Appellant has filed a motion to dismiss this appeal. Appellees have not filed a response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).


                                                        FELIPE REYNA
                                                        Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed August 11, 2010
[CV06]